JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI DARABI,<br><br>                Plaintiff,<br><br>    vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, and COTTAGE HEALTH SYSTEMS GROUP LTD PLAN,<br><br>                Defendant. | CASE NO. CV 17-5101-GW(PJWx)<br><br>**ORDER GRANTING STIPULATION OF CONDITIONAL DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

Pursuant to the Stipulation of the Parties, the Court hereby Dismisses this case in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff shall have until Wednesday, June 6, 2018 to seek to have the case re-opened should the settlement consideration not be paid by that time. The Court further orders that each Party shall bear its own fees and costs.

Date: May 16, 2018

_____
GEORGE H. WU,
United States District Judge

1

2005711v.1